The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT R. SMITH and ZHEN LI SMITH, husband and wife; and YANRUI FENG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 2:26-cv-01649-MLP<br><br>STIPULATED MOTION TO STAY AND ~~[PROPOSED]~~ ORDER<br><br>Noted for Consideration:<br>July 20, 2026. |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 90 days. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Forms I-130, Petition for Alien Relative, and Forms I-485, Application to Adjust Status.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With an additional 90 days, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiffs will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 90 days. The parties will submit a joint status report on or before the end of this period.

DATED this 20th day of July, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 217 words, in compliance with the Local Civil Rules.

*s/ Dennis Lam*
DENNIS C. LAM, WSBA No. 22899
LAW OFFICES OF DENNIS LAM, PLLC
15921 NE 8th Street, Suite C-208
Bellevue, WA 98008
Phone: 206-682-9233
Email: dennis@dennislam.com

*Attorney for Plaintiffs*

**ORDER**

The case is stayed. The parties shall submit a status update within 90 days of this Order. It is so **ORDERED**.

Dated this 23rd day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970