UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT R. SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. C26-1649-MLP<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

The parties have stipulated to the dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a). (Dkt. # 7.) Under Rule 41(a)(1)(A)(ii), dismissal without a court order may occur by the filing of a stipulation of dismissal signed by all parties who have appeared. Accordingly, the Clerk is directed to close this case.

Dated this 31st day of August, 2026.

Joshua C. Lewis
Clerk of Court

By: Tim Farrell
Deputy Clerk